IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| HENRY TANAYA SIA, and THERESIA TANAYA SONG, individually, as co-personal representatives of the estate of SOETIKNO SIA (TAN), and as co-personal representatives of the estate of CHRISTIEN YUANITA JOU, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>AIRASIA BERHAD, a corporation, HONEYWELL INTERNATIONAL, INC., a corporation, GOODRICH CORPORATION, a corporation, DANAHER CORPORATION, a corporation, and ARTUS, S.A.S., a corporation,<br><br>Defendants. | Case No.: 2:16-cv-01692 RSM<br><br>ORDER GRANTING STIPULATED MOTION RELATING TO MOTION TO DISMISS FILED BY DEFENDANT DANAHER CORPORATION |

THIS MATTER, having come before the undersigned Judge on the Stipulated Motion for Order relating to the Motion to Dismiss of Defendant Danaher Corporation, and the Court finding good cause therefor,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss (Doc. 47) filed by Defendant Danaher Corporation is granted without prejudice and Plaintiffs are

ORDER GRANTING STIPULATED MOTION RELATING TO
MOTION TO DISMISS OF DANAHER CORPORATION- 1

granted leave to amend their complaint as to Defendant Danaher Corporation within thirty (30) days of this Order.

DATED this 20 day of March 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION RELATING TO
MOTION TO DISMISS OF DANAHER CORPORATION- 2