UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY TANAYA SIA, et al.,

                    Plaintiffs,

          v.

HONEYWELL INTERNATIONAL,
INC., et al.,

                    Defendants.

C16-1692 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

     (1)     The parties' Stipulated Motion for Extension of Time, docket no. 75, is
GRANTED as follows.  Defendants' Joint Motion to Dismiss for Forum Non
Conveniens, docket no. 73, is RENOTED to Friday, September 1, 2017.  Plaintiffs'
response to defendants' motion shall be due on or before August 23, 2017.  Defendants'
reply, if any, is due on or before the new noting date.

     (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

     Dated this 25th day of July, 2017.


                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1