UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY TANAYA SIA, et al.

    Plaintiffs,

v.

HONEYWELL INTERNATIONAL, INC., et al.,

    Defendants.

C16-1692 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion for Extension of Time, docket no. 81, is GRANTED as follows. Defendants' Joint Motion to Dismiss for Forum Non Conveniens, docket no. 73, is RENOTED to Friday, December 15, 2017. Plaintiffs' response to defendants' motion shall be due on or before Friday, December 8, 2017. Defendants' reply is due on or before the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of November, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1