UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY TANAYA SIA, et al.,

                Plaintiffs,

    v.

HONEYWELL INTERNATIONAL,
INC., et al.,

              Defendants.

C16-1692 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' Stipulated Motion for Extension of Time to File Joint Status Report and Exchange Initial Disclosures, docket no. 83, is GRANTED. The deadline to file a Joint Status Report and exchange Initial Disclosures is extended from November 27, 2017, to thirty (30) days after the Court's ruling on defendants' motion to dismiss, docket no. 73.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of December, 2017.

                                 William M. McCool
                                 Clerk

                                 s/Karen Dews
                                 Deputy Clerk