UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY TANAYA SIA, et al.,

    Plaintiffs,

v.

HONEYWELL INTERNATIONAL, INC., et al.,

    Defendants.

C16-1692 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion for Extension of Time for Plaintiffs' Response to Defendants' Motion to Dismiss for Forum Non Conveniens, docket no. 85, is GRANTED as follows. Defendants Honeywell International, Inc.'s and Goodrich Corporation's Joint Motion to Dismiss for Forum Non Conveniens, docket no. 73, is RENOTED to Friday, February 2, 2018. Plaintiffs' response to defendants' motion shall be due on or before Friday, January 26, 2018. Defendants' reply is due on or before the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of December, 2017.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1